■ In the Matter of JAMES C. BALDWIN, Respondent, v. ERNEST HALPERN, Appellant, and SCARSDALE GARDENS, INC., Judgment-Debtor.— In a proceeding supplementary to judgment, Ernest Halpern, one of the judgment debtors, appeals from an order of the County Court, Westchester County, dated October 25, 1961, made pursuant to section 793 of the Civil Practice Act, directing him to make installment payments of $50 a week on account of the judgment. Order

affirmed, with $10 costs and disbursements. No opinion. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.